UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GEORGE KENNETH NATHANSEN,

      Plaintiff,

v.                                  **Case No: 5:25-cv-629-MMH-PRL**

CITY OF OCALA, POLICE CHIED
MIKE BALKEN, FIRE CAPTAIN
JESSE D. BLOOM, SARGEANT
ASHELY STINEHOUR, OFFICER
WILLIAM BODE, OFFICER
JORDAN R. PAGANO, and BILLY
WOODS,

      Defendants.

_____

## ORDER

This cause comes before the Court *sua sponte*. Plaintiff George Nathansen, proceeding *pro se*, initiated this civil rights action against the City of Ocala and several law enforcement officers in the Ocala Police Department, including officers Mike Balken, Jesse Bloom, Ashley Stinehour, William Bode, and Jordan Pagano (collectively, the "Defendants"). (Doc. 1). Simultaneously with the filing of his complaint, Plaintiff filed a Motion to Proceed in Forma Pauperis (Doc. 2), which the Court granted, permitting Plaintiff to proceed in forma pauperis (Doc. 9).

Shortly thereafter, and before any of the Defendants filed a responsive pleading, Plaintiff filed a Motion to Direct Service of Amended Complaint and Summons on Defendant Billy Woods, which the Court construed as a motion to amend the complaint to add a defendant and direct service of process, seeking to add Billy Woods, in his official capacity as the Sheriff of Marion County, Florida, as a defendant to the complaint with respect to "the

jail-related allegations arising from Plaintiff's booking and treatment at the Marion County Jail," and requesting that the Court direct service of the proposed amended complaint. (Doc. 17; *see* Doc. 17-1). The Court granted Plaintiff's motion to the extent that he may amend his complaint to add Billy Woods, in his official capacity as the Sheriff of Marion County, Florida, as a defendant and related claims only, and directed Plaintiff to file an amended complaint on or before May 22, 2026. (Doc. 28). The Court advised Plaintiff that it would review the amended complaint, if filed, to determine whether it complies with the Court's Order and direct service of process, if appropriate, by separate order. (*Id.* at p. 5).

Plaintiff now files his First Amended Complaint, adding Billy Woods as a defendant and related claims as to Billy Woods only. (Doc. 31). Upon review of Plaintiff's amended complaint, the Court is satisfied that it complies with its Order (Doc. 28) and will, therefore, direct the Clerk to effectuate service of process on the newly added defendant Billy Woods.

Accordingly, it is **ORDERED** as follows:

(1) The Clerk is **directed** to deliver the summons and the First Amended Complaint (Doc. 31) to the United States Marshal for service upon Defendant Billy Woods in accordance with the Federal Rules of Civil Procedure.

(2) Defendants City of Ocala, Mike Balken, Jesse Bloom, Ashley Stinehour, William Bode, and Jordan Pagano shall respond to Plaintiff's First Amended Complaint (Doc. 31) on or before **June 12, 2026**.

**DONE** and **ORDERED** in Ocala, Florida on May 22, 2026.


PHILIP R. LAMMENS
United States Magistrate Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -