**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**GEORGE KENNETH NATHANSEN,**

**Plaintiff,**

**v.** **Case No.: 5:25-cv-00629-MMH-PRL**

**CITY OF OCALA, et al.;**

**Defendants.**

**____________________________________/**

## ORDER

This cause is before the Court on periodic review. On August 17, 2026, this Court issued an order directing the Deputy Clerk to contact local bar associations about posting a request to assist Plaintiff in this case. (Doc. 59). The docket reflects that the Clerk emailed copies of the order to the Marion, Lake, Sumter, Citrus, and Alachua County Bar Associations, North Central Florida, Orlando, and Tampa Bay Bar Associations, and Florida Institutional Legal Services. The order stated that any counsel wishing to represent Plaintiff should contact the Deputy Clerk to notify them of his or her intent within 30 days of the date of the order, and if no counsel enters an appearance on behalf of Plaintiff within 60 days of the date of the order, the case will proceed without counsel for Plaintiff. (Doc. 59 at 3). The 60-day period has now expired. Upon review of the docket, no counsel has entered an appearance for Plaintiff.

Therefore, Plaintiff is reminded that he is obligated to pursue this case. Failure to prosecute the case may result in a recommendation for dismissal. Fed. R. Civ. P. 41(b); *see also Rothschild v. Aetna Health Inc.*, No.: 2:24-cv-1099-SPC-KCD, 2025 WL 217522, at *1

(M.D. Fla. Jan. 16, 2025) ("dismissal under Rule 41(b) does not require a motion from a defendant" (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962))).

**DONE** and **ORDERED** in Ocala, Florida on October 26, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party